[No. 17991-1-II.    Division Two.    December 13, 1996.]
THE STATE OF WASHINGTON, *Respondent*, v. ERIK
LUNDGREN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 93-1-00208-7, Gordon Godfrey, J.,
entered January 18, 1994. *Affirmed* by unpublished
opinion per Morgan, J., concurred in by Seinfeld, C.J., and
Wood, J. Pro Tem.

[No. 18370-6-II.    Division Two.    December 13, 1996.]
STANLEY W. ANDERSEN, *Appellant*, v. COLUMBIA
RIVER GORGE COMMISSION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Ska-
mania County, No. 91-2-00109-1, Ted Kolbaba, J., entered
May 16, 1994. *Affirmed* by unpublished opinion per Sein-
feld, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 18963-1-II.    Division Two.    December 13, 1996.]
*In the Matter of the Marriage of* THOMAS TRAVIS
YOUNG, *Appellant, and* MARIANNE REMY,
*Respondent*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 92-3-00065-3, Paula Casey, J., entered
November 21, 1994. *Affirmed* by unpublished opinion per
Seinfeld, C.J., concurred in by Houghton and Armstrong,
JJ.

[No. 19676-0-II.    Division Two.    December 13, 1996.]
THE STATE OF WASHINGTON, *Respondent*, v. MERVYN
W. BROWNE, *Appellant*.

Appeal from a judgment of the Superior Court for Jef-
ferson County, No. 94-1-00121-9, William E. Howard, J.,
entered June 30, 1995. *Reversed* by unpublished opinion
per Houghton, J., concurred in by Seinfeld, C.J., and Arm-
strong, J.